1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY SINN, | ) | No. C 08-4579 MMC (PR) |
| Petitioner, | ) | **ORDER GRANTING PETITIONER'S** |
| | ) | **FIRST REQUEST FOR EXTENSION** |
| v. | ) | **OF TIME TO FILE TRAVERSE** |
| | ) | |
| B. CURRY, Warden, | ) | **(Docket No. 5)** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Good cause appearing, petitioner's request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or by **August 14, 2009**.

This order terminates Docket No. 5.

IT IS SO ORDERED.

DATED: July 16, 2009

MAXINE M. CHESNEY
United States District Judge

**United States District Court**
For the Northern District of California